# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
THE HONORABLE MICHAEL VILLANI,
DISTRICT JUDGE; AND CLARK
COUNTY DISTRICT ATTORNEY,
Respondents.

No. 72021

**FILED**

FEB 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus. Petitioner states that he is challenging a vexatious litigant determination. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner fails to present any cogent legal arguments regarding the vexatious litigant determination and fails to provide any of the necessary documents to review this determination (for example, the February 2014 prefiling injunction and order and transcripts of the hearing in which he was found to be a vexatious litigant). *See* NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that a petitioner bears the burden of demonstrating that extraordinary relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Michael Villani, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A